BANK OF MANHATTAN TRUST COMPANY, Successors to AMERICAN TRUST COMPANY, as Trustee under a Certain Mortgage or Deed of Trust Made by 251 WEST 71ST STREET, INC., v. 251 WEST 71ST STREET, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

JULIUS J. GOLDSTEIN v. RUTH GOLDSTEIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Application of JOSEPH LATEINER for a Summary Order Directing M. EMANUEL BALT, an Attorney, to Turn over Moneys in His Possession.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Judicial Settlement of the Account of DOROTHY FROOKS, as Executrix, etc., of BELLE T. WAINWRIGHT, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

MAX PSATY v. FIFTH AVENUE AND NINETY-THIRD STREET CORPORATION and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

In the Matter of the Liquidation of the EQUITABLE CASUALTY AND SURETY Co. TRI-NATIONAL TRADING CORPORATION and Others v. GEORGE S. VAN SCHAICK, as Superintendent of Insurance, etc., as Liquidator, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of HELENE SMIDT v. JOSEPH V. McKEE, as Acting Mayor of the City of New York, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

GLOBE INDEMNITY COMPANY v. SAGGESE-STRUNSKY, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

VICTOR M. MARIN, as Ancillary Administrator, etc., of JUAN-ROMAN GARCIA TUDURI, Deceased, v. FRANCISCA REYES, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

CHARLES L. CRAIG v. FREDERICK J. POWELL and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.